IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

                                              Civil Action No. 4:16cv189

v.

**DENBIGH PHYSICAL THERAPY
AND SPORTS MEDICINE, LLC and
SUZANNE FOXX,**

          **Defendants.**

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

      Plaintiff United States of America, by counsel, and Defendants Denbigh Physical Therapy and Sports Medicine, LLC and Suzanne Foxx, by counsel, (collectively, "the Parties") hereby submit notice to the Court that they have reached a settlement-in-principle in this action concerning the claims set for in the Plaintiff's Complaint. Within thirty (30) days, the Parties anticipate the settlement documents to be finalized and executed, at which time the Parties shall submit a Dismissal Order for entry by the Court.

      The Parties respectfully request, therefore, that the Settlement Conference scheduled for October 19, 2017, be removed from the calendar, and all associated deadlines be mooted.

                                              Respectfully submitted,

                                              UNITED STATES OF AMERICA,
                                              Plaintiff

                                              DANA J. BOENTE
                                              United States Attorney

                           By:      /s/
                                               Clare P. Wuerker
                                             Virginia State Bar No. 79236

                        Assistant United States Attorney
                        United States Attorney's Office
                        101 West Main Street, Suite 8000
                        Norfolk, VA 23510-1671
                        Tel:  (757) 441-6331
                        Fax:  (757) 441-6689
                        Email:  clare.wuerker@usdoj.gov
                        *Counsel for the United States of America*


            By:       /s/                    
                        Cameron M. Rountree
                        Virginia State Bar No. 79001
                        WILLIAMS MULLEN, P.C.
                        999 Waterside Drive, Suite 1700
                        Norfolk, VA  23510
                        Telephone: (757) 629-2023
                        Facsimile: (757) 629-0660
                        Email: crountree@williamsmullen.com
                        *Counsel for Defendants*


Dated: October 12, 2017