**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

                                      **Civil Action No. 4:16cv189**

**v.**

**DENBIGH PHYSICAL THERAPY
AND SPORTS MEDICINE, LLC and
SUZANNE FOXX,**

        **Defendants.**

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff United States of America, by counsel, and Defendants Denbigh Physical Therapy and Sports Medicine, LLC and Suzanne Foxx, by counsel, (collectively, "the Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice in accordance with the terms of their settlement agreement.  The Parties request that the Court reserve jurisdiction to enforce the Parties' settlement agreement.

                     Respectfully submitted,

                     UNITED STATES OF AMERICA,
                     Plaintiff

                     DANA J. BOENTE
                     United States Attorney

By:          /s/
                     Clare P. Wuerker
                     Virginia State Bar No. 79236
                     Assistant United States Attorney
                     United States Attorney's Office
                     101 West Main Street, Suite 8000
                     Norfolk, VA 23510-1671
                     Telephone:  757.441.6331

Facsimile:  757.441.6689
Email:  clare.wuerker@usdoj.gov
*Counsel for the United States of America*


By:   _____/s/_____
Cameron M. Rountree
Virginia State Bar No. 79001
WILLIAMS MULLEN, P.C.
999 Waterside Drive, Suite 1700
Norfolk, VA  23510
Telephone:  757.629.2023
Facsimile:  757.629.0660
Email: crountree@williamsmullen.com
*Counsel for Defendants*


Dated: October 31, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2017, I electronically filed the foregoing using the CM/ECF system, which will then send a notification of such filing (NEF) to the following registered users:

Cameron M. Rountree
John S. Davis
Joseph R. Pope
Williams Mullen, P.C.
999 Waterside Drive, Suite 1700
Norfolk, VA 23510
Telephone:  757.629.2023
Facsimile:  757.629.0660
crountree@williamsmullen.com

John S. Davis
Joseph R. Pope
WILLIAMS MULLEN, P.C.
200 S. 10th Street
P.O. Box 1320
Richmond, VA 2321
Telephone:  804.420.6000
Facsimile:  804.420.6507
jsdavis@williamsmullen.com
jpope@williamsmullen.com

_____/s/_____
Clare P. Wuerker
Assistant United States Attorney
Virginia Bar No. 79236
Attorney for the United States
United States Attorney□s Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Telephone:  757-441-6331
Facsimile:  757-441-6689
E-Mail:  Clare.Wuerker@usdoj.gov